(No. 13080.—Judgment affirmed.)

THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* LOUIS CAMPAGNA *et al.*—(WILLIAM TAGLIA, Plaintiff in Error.)

*Opinion filed April 21, 1920.*

This case is controlled by the decision in *People* v. *Doras,* 290 Ill. 188.

WRIT OF ERROR to the Criminal Court of Cook county; the Hon. GEORGE F. BARRETT, Judge, presiding.

STANLEY S. SCHAFFER, for plaintiff in error

EDWARD J. BRUNDAGE, Attorney General, MACLAY HOYNE, State's Attorney, and EDWARD C. FITCH, (EDWARD E. WILSON, of counsel,) for the People.

Mr. JUSTICE STONE delivered the opinion of the court:

Plaintiff in error, William Taglia, was convicted in the criminal court of Cook county of the crime of robbery, and the jury found that he was then armed with a dangerous weapon with intent, if resisted, to kill and maim the person robbed. Motion for new trial was overruled and plaintiff in error was sentenced to the penitentiary "for a term of years not to exceed the maximum term fixed by statute for the crime whereof he stands convicted."

All contentions here submitted for the reversal of this case were urged and considered in *People* v. *Doras,* 290 Ill. 188, and the decision of this court in that case is controlling here.

The judgment of the criminal court of Cook county will be affirmed.                          *Judgment affirmed.*